# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

**ROBERT LOUIS SALTER, JR.** §

**VS.** § **CIVIL ACTION NO. 5:09cv75**

**UNITED STATES OF AMERICA, ET AL.** §

## ORDER OF DISMISSAL

Plaintiff Robert Louis Salter, Jr., an inmate confined at F.C.I. Texarkana, filed the above-styled and numbered civil lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Defendants' motion to dismiss, construed as a motion for summary judgment, should be granted and that the complaint should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendants' motion to dismiss (docket entry #22), construed as a motion for summary judgment, is **GRANTED.** It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**SIGNED this 8th day of March, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE